IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                    4:07CR00302-02-WRW
                          4:09CR00309-02-WRW
                          4:09CR00311-02-WRW

TRACY RENEE ESTABROOKS

## AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant.  Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of her supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 6 months at a designated Bureau of Prisons correctional facility.

A terms of supervised release of 4 years shall be imposed to follow incarceration.  All general and standard conditions previously imposed remain in full force and effect.  Special conditions of supervised release are as follows: The defendant shall not obtain employment in an instruction insured by the FDIC or a Federal Credit Union.  The defendant is not a legal resident of this district.  Therefore, the period of supervised release is to be administered by the district where the defendant is a legal resident or the district where a suitable release plan has been developed. Restitution of $53,310.18 is mandatory and is payable to Sabine State Bank and Arvest Bank during incarceration and supervised release.  During incarceration, the defendant will pay 50 percent per month of all funds that are available to her.  Beginning the first month of supervised release, payments will be 10 percent per month of the defendant's monthly gross income.  The interest is waived.  Restitution is joint and several with Alan Lee Edward Glazier as previously set out in the Judgment and Commitment filed April 16, 2010. The defendant shall disclose financial information

upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns. This also includes records of any business with which the defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office until all criminal penalties have been satisfied.

The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 20th day of August, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Estabrooks.wpd